## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CASSANDRA DORSEY, *pro se*, et al.,

    Plaintiff(s),

v.                                            Case No: 8:10-CV-1895-T-30AEP

JAMES FROONJIAN, et al.,

    Defendant(s).
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #6). Plaintiffs filed objections to the Report and Recommendation on October 29, 2010.

After careful consideration of the Report and Recommendation of the Magistrate Judge and the objections (Dkt. #7) filed by Plaintiffs, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #6) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Complaint (Dkt. #1) is DISMISSED without prejudice.

3. Plaintiffs' Motions for Leave to Proceed *In Forma Pauperis* (Dkts. #2 and #3) are DENIED without prejudice.

4. Plaintiffs' Motion to Order U.S. Clerk Office to Prepare Summon and U. S. Marshal's Office Service of Complaint on the Defendants (Dkt. #4) is DENIED.

5. Plaintiffs may file an Amended Complaint within twenty (20) days of the date of this Order. Failure to file an Amended Complaint within the allotted time may result in this case being dismissed without further notice.

**DONE** and **ORDERED** in Tampa, Florida on November 1, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2010\10-cv-1895.adopt 6.wpd