UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASSANDRA DORSEY, *pro se,* and
MARZUQ A. AL-HAKIM, *pro se*,

    Plaintiffs,

v.        Case No: 8:10-CV-1895-T-30AEP

JAMES FROONJIAN, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #17). Plaintiff Marzuq A. Al-Hakim filed Objections to the Report and Recommendation (Dkt. #21) on April 11, 2011.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #17) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all

purposes, including appellate review.

2. The *pro se* Plaintiffs' Amended Verified Complaint for Damages and Demand for Declaratory Relief (Dkt. #14) is DISMISSED.

3. Plaintiffs' Motions for Leave to Proceed *In Forma Pauperis* (Dkts. #2 and #3) are DENIED.

4. The Renewed Motion to Order U. S. Clerk's Office to Prepare Summons and Service on U. S. Marshal Office (Dkt. #15) is DENIED.

5. The Motion to Bifurcate Amended Complaint Pending Enjoyment of Discovery Period (Dkt. #16) is DENIED.

6. The Clerk is directed to terminate any pending motions and CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on April 18, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2010\10-cv-1895.adopt 17.wpd